BERNARD J. KORNBERG (State Bar No. 252006)
bernard.kornberg@practus.com
PRACTUS, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
p: 341.234.6629

Attorneys for Intellivest Securities, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re GROWTH CAPITAL SERVICES, INC., <br><br> Debtor. | Case No. 22-30218 <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

    Please take notice that Bernard J. Kornberg of Practus, LLP hereby appears in this bankruptcy case on behalf of creditor Intellivest Securities, Inc. and requests notice of all papers and pleadings filed in this case.

DATED: May 9, 2022            PRACTUS, LLP


By:     /s/ Bernard J. Kornberg
           BERNARD J. KORNBERG

Attorneys for Intellivest Securities, Inc.

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 58 West Portal Ave PMB 782, San Francisco, CA 94127

On May 9, 2022, I served true copies of the following document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 9, 2022, at San Francisco, California.

/s/ Bernard J. Kornberg
Bernard J. Kornberg