**Fill in this information to identify the case:**

Debtor name **GROWTH CAPITAL SERVICES, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **22-30218-HLB**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2022**     X /s/ Brian Dunn
                                  Signature of individual signing on behalf of debtor

                                  **Brian Dunn**
                                  Printed name

                                  **CEO - Sole Shareholder**
                                  Position or relationship to debtor

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................  $     **0.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*..........................................................................  $     **43,024.70**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................  $     **43,024.70**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $     **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $     **24,517.70**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$     **2,448,363.42**

4. **Total liabilities** ....................................................................................
    Lines 2 + 3a + 3b       $     **2,472,881.12**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 2 of 29

| Fill in this information to identify the case: |
| --- |

| Debtor name | **GROWTH CAPITAL SERVICES, INC.** |
| --- | --- |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **22-30218-HLB** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property <span>12/15</span>

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Amalgated Bank** | checking account | 3432 | $37,070.00 |
| 3.2. | **Amalgated Bank** | checking account | 6815 | $4,454.70 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $41,524.70 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 3 of 29

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers | $10,120.41 | N/A | Unknown |
| Office equipment | Unknown | N/A | $1,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
| --- | --- |
| | $1,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** https://growthcapitalservices.com | **Unknown** | **N/A** | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

| | |
|---|---|
| 66.    **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership
      **Software in development that handles record keeping of
      registered reps.**                                              **Unknown**

78.   **Total of Part 11.**                                           **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 6 of 29

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $41,524.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $43,024.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $43,024.70 |

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 8 of 29

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Cedric Levye**<br>**19305 Ansel Drive**<br>**Irvine, CA 92618** | $2,500.00 | $2,500.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**David Goldsmith**<br>**797 Ashbury Street, Unit B**<br>**San Francisco, CA 94117** | $2,475.00 | $2,475.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 9 of 29

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Dennis Azary**
**33 Wake Robin Ln**
**Shelton, CT 06484**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

**Frank Pasterczyk**
**37 Ponte Vedra Colony Circle**
**Ponte Vedra Beach, FL 32082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,240.00 | $3,240.00 |
|---|---|---|---|---|

**Lainy Jahnke**
**534 E Penrose Ave**
**Post Falls, ID 83854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 | $2,800.00 |
|---|---|---|---|---|

**Magali Wyatt**
**605 Vassar Dr SE**
**Albuquerque, NM 87106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**wages**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,502.70 | $6,502.70 |

**2.7** Priority creditor's name and mailing address

**Vladimir Sidorenkjo**
**Gearhart OU**
**12, Pae Street**
**Tallin, Estonia 11415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,502.70     $6,502.70

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.1** Nonpriority creditor's name and mailing address

**Alvin L. Fishman, Esq.**
**JRA Law Partners, LLP**
**450 Pacific Avenue Ste. 200**
**San Francisco, CA 94133**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Noticing purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2** Nonpriority creditor's name and mailing address

**Capital One**
**PO Box 60599**
**City of Industry, CA 91716**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$924.00

---

**3.3** Nonpriority creditor's name and mailing address

**David Goldsmith, Esq.**
**Attorney at Law**
**797 Ashbury St. #B**
**San Francisco, CA 94117**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Noticing purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4** Nonpriority creditor's name and mailing address

**FINRA**
**P.O. Box 418911**
**Boston, MA 02241**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Hearing Fee**

Is the claim subject to offset? ■ No  ☐ Yes

$28,700.00

---

**3.5** Nonpriority creditor's name and mailing address

**FINRA**
**P.O. Box 418911**
**Boston, MA 02241**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Fines and costs**

Is the claim subject to offset? ■ No  ☐ Yes

$5,438.00

---

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 11 of 29

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$867.22** |
|---|---|---|---|

**Global Relay**
220 Cambie St. 2nd Floor
Vancouver, BC V6B 2M9
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$908,929.50** |
|---|---|---|---|

**Intellivest Securities**
1540 Chase Court
Riverdale, GA 30296

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Arbitration Award**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500,000.00** |
|---|---|---|---|

**Joshua Peterson**
7330 Ocean Terrace
Miami Beach, FL 33141

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Investment through Direct Lending Income Fund, LP.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,504.70** |
|---|---|---|---|

**SCOJA**
369B 3rd St #664
San Rafael, CA 94901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Daniel M. Kolber, Esq.**<br>**Attorney at Law**<br>**1540 Chase Court**<br>**Riverdale, GA 30296** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **FINRA Dispute Resolution Services**<br>**Fresna Jean Baptiste**<br>**200 Liverty Street, 11th Fl.**<br>**New York, NY 10281** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 24,517.70 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,448,363.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,472,881.12 |

Case: 22-30218   Doc# 11   Filed: 05/16/22   Entered: 05/16/22 18:14:56   Page 12 of 29

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 13 of 29

☐ Check if this is an
    amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
        (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 14 of
29

| Fill in this information to identify the case: |
|---|

| | |
|---|---|
| Debtor name | **GROWTH CAPITAL SERVICES, INC.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **22-30218-HLB** |

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br><br>City _____ State _____ Zip Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>City _____ State _____ Zip Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>City _____ State _____ Zip Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>City _____ State _____ Zip Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor name **GROWTH CAPITAL SERVICES, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **22-30218-HLB**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1. **ADIH, Inc.** | 1/20/2022 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Trade credtior** |
   | 3.2. **Amir Attaran** | 1/8/2022 | $98,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Attorneys' fees and costs** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. **Cedric Levye**<br>19305 Ansel Drive<br>Riverdale, GA 30296 | 1/18/2022 | $9,583.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **JRA Law Partners, LLP** | 1/20/2022<br>$34,258.95<br>2/09/2022<br>$1,626.08 | $35,885.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Attorneys' fees and costs** |
| 3.5. **Lainy Jahnke** | 2/19/2022<br>$8,500.00<br>3/16/2022<br>$5,000.00 | $13,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Trade creditor** |
| 3.6. **Scoja, Inc.**<br>CA | 1/20/2022<br>$4,700.00<br>2/8/2022  $ 176.25<br>3/10/2022<br>$4,699.95 | $9,576.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brian Dunn**<br>751 Haight Street<br>San Francisco, CA 94117<br>**President** | **See attached list** | $277,083.39 | **Wages and expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 17 of 29

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Intellivest Securities, Inc. v. Debtor**<br>**20-04057** | **Disputed Resolution** | **FINRA Dispute Resoltuion Services**<br>**55 W. Monroe Street, Ste. 2600**<br>**Chicago, IL 60603-5104** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Joshua Peterson vs. Debtor** | **Disputed resolution** | **FINRA**<br>**55 W. Monroe Street Ste. 2600**<br>**Chicago, IL 60603** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Binder & Malter LLP**<br>**2775 Park Avenue**<br>**Santa Clara, CA 95050** | **Debtor paid to Binder & Malter, LLP the sum of $15,000 for this chapter 7 case.** | **April 13, 2022** | **$15,000.00** |
| | Email or website address<br>**Rob@bindermalter.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Transfer of contract rights to - see**<br>**attached Exhibit A.** | | | **$0.00** |
| | Relationship to debtor | | | |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **2093 Philadelphia Pike 4196**<br>**Claymont, DE 19703** |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 19 of 29

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TIAA Bank**<br>**P. O. Box 911608**<br>**Denver, CO 80291-1608** | **XXXX-4575** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other___ | 4/2022 | **$37,000.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Case: 22-30218   Doc# 11   Filed: 05/16/22   Entered: 05/16/22 18:14:56   Page 20 of 29

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list property leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Case: 22-30218  Doc# 11  Filed: 05/16/22  Entered: 05/16/22 18:14:56  Page 21 of 29

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Hawkes Hastings & Aaron Acctncy Corp.**<br>**2700 Ygnacio Valley Road, Ste. 140**<br>**Walnut Creek, CA 94598** | **2020 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Cropper Accountancy Corporation**<br>**2700 Ygnacio Valley Road**<br>**Walnut Creek, CA 94598** | **2018-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brian Dunn** | **751 Haight St.**<br>**San Francisco, CA 94117** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 22 of 29

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Brian Dunn | $277,083.39 | See attached list | Wages and expense reimbursement. |
| Relationship to debtor President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

---

| **Part 14:** | **Signature and Declaration** |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2022** _____

**/s/ Brian Dunn** _____                **Brian Dunn** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO - Sole Shareholder** _____

**Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

# Growth Capital Services

### Transaction Report

### Since April 20, 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| **01 - Payroll Expenses** | | | | | | | | |
| **Wages** | | | | | | | | |
| **Executive** | | | | | | | | |
| 04/30/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 8,333.33 |
| 04/30/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 10,416.67 |
| 05/15/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 12,500.01 |
| 05/15/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 20,833.34 |
| 05/31/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 22,916.68 |
| 05/31/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 31,250.01 |
| 06/15/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 33,333.35 |
| 06/15/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 41,666.68 |
| 06/30/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 50,000.01 |
| 06/30/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 52,083.35 |
| 07/15/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 60,416.68 |
| 07/15/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 62,500.02 |
| 07/31/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 64,583.36 |
| 07/31/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 72,916.69 |
| 08/15/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 75,000.03 |
| 08/15/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 83,333.36 |
| 08/31/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 91,666.69 |
| 08/31/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 93,750.03 |
| 09/15/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 102,083.36 |
| 09/15/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 104,166.70 |
| 09/30/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 112,500.03 |

# Growth Capital Services

## Transaction Report
### Since April 20, 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/30/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 114,583.37 |
| 10/15/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 116,666.71 |
| 10/15/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 125,000.04 |
| 10/31/2021 | Journal Entry | Gusto | | Debit tax | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 133,333.37 |
| 10/31/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 135,416.71 |
| 11/15/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 143,750.04 |
| 11/15/2021 | Journal Entry | Gusto | | Executive | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 145,833.38 |
| 11/30/2021 | Journal Entry | Gusto | | Regular Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 154,166.71 |
| 11/30/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 156,250.05 |
| 12/15/2021 | Journal Entry | Gusto | | Executive | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 158,333.39 |
| 12/15/2021 | Journal Entry | Gusto | | Shareholder Wages | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 166,666.72 |
| 12/31/2021 | Journal Entry | Gusto | | Bonus | 01 - Payroll Expenses:Wages:Executive | -Split- | 100,000.00 | 266,666.72 |
| 12/31/2021 | Journal Entry | Gusto | | Executive | 01 - Payroll Expenses:Wages:Executive | -Split- | 8,333.33 | 275,000.05 |
| 12/31/2021 | Journal Entry | Gusto | | Executive | 01 - Payroll Expenses:Wages:Executive | -Split- | 2,083.34 | 277,083.39 |
| **Total for Executive** | | | | | | | **$277,083.39** | |
| **Total for Wages** | | | | | | | **$277,083.39** | |
| **Total for 01 - Payroll Expenses** | | | | | | | **$277,083.39** | |
| **TOTAL** | | | | | | | **$277,083.39** | |

Case: 22-30218    Doc# 11    Filed: 05/16/22    Entered: 05/16/22 18:14:56    Page 26 of 29

Accrual Basis  Wednesday, April 20, 2022 12:41 PM GMT-07:00

# EXHIBIT A

RE:  GROWTH CAPITAL SERVICES, INC.
CASE NO.  22-30218-HLB

Attachment to Statement of Affairs, Question 13. Transfers outside the ordinary course of business within the past 2 years:

| Transfer of contract rights to: | Completed | Recipient Status |
|---|---|---|
| Morice Taylor Preserver Amendment (2).pdf | 3/7/2022 13:52 | Completed |
| HVP_GCS Waiver.pdf | 3/11/2022 23:43 | Completed |
| Concord Innovation Fund, Engagement Letter.pdf | 3/24/2022 16:37 | Completed |
| Big Path - 3Degrees - Engagement Letter Amendment.docx | 4/12/2022 15:39 | Completed |
| Tail Waiver Agreement GCS DeLay001.pdf | 4/14/2022 20:40 | Completed |
| BD2BD Engagement Letter Assignment CoindexCapitalLLC-SIGNED.pdf | 5/3/2022 23:59 | Completed |
| Revised Engagement Letter_NexBen_GCS_Engagement_Letter.pdf | 5/6/2022 17:06 | Completed |
| Consent to Assignment to another BD_Template[3][3][1].docx | 3/2/2022 20:15 | Completed |
| Davi - BD to BD Engagement Letter scan .pdf | 3/2/2022 19:36 | Completed |
| Assignment of GCS BD to Finalis - Big_Path_-_Center_Creek - Jan 2022 - signed ... | 2/25/2022 21:33 | Completed |
| BD to BD Assignment - Smile Coffee Works – EL  (1).docx | 3/2/2022 11:51 | Completed |
|  Big Path - New Markets - Engagement Letter Amendment.docx | 2/26/2022 3:44 | Completed |
| Invenire Amendment.pdf | 2/18/2022 1:33 | Completed |
| Trailhead Capital - BD to BD Engagement Letter Assignment 02-21-22.docx | 2/24/2022 19:48 | Completed |
| New Castle - Assignment.pdf | 2/16/2022 18:52 | Completed |
| BD-to-BD.Assignment-Touzi.EL.SpencerHilligoss.docx | 2/18/2022 14:00 | Completed |
| Red E App -  BD to BD Engagement Letter Assignment.docx | 2/15/2022 20:27 | Completed |
|  SurfaceInk - BD to BD Engagement Letter Assignment.docx | 2/15/2022 20:28 | Completed |
| Mike Ryan - Mighty Well - Engagement Letter Amendment.docx | 2/24/2022 14:19 | Completed |
| Big Path - Lime Rock - Engagement Letter Amendment.docx | 2/4/2022 19:59 | Completed |
| Big Path - Kapor Capital - Engagement Letter Amendment.docx | 2/4/2022 20:00 | Completed |
| Big Path - 3Degrees - Engagement Letter Amendment.docx | 2/4/2022 23:25 | Completed |
| GIC - GCS+HL Termination Settlement and Release Agreement (Revised) | 2/11/2022 18:28 | Completed |
| Big Path - Rose - Engagement Letter Amendment.docx | 2/4/2022 23:28 | Completed |
| Big Path - Renaissance - Engagement Letter Amendment.docx | 2/4/2022 23:28 | Completed |
| Big Path - Nada Moo - Engagement Letter Amendment.docx | 2/4/2022 23:24 | Completed |
| Big Path - Mizzen - Engagement Letter Amendment.docx | 2/4/2022 19:59 | Completed |
| Big Path - Supply Change - Engagement Letter Amendment.docx | 2/4/2022 23:29 | Completed |
| Big Path - Traditional Medicinals - Engagement Letter Amendment.docx | 2/4/2022 23:23 | Completed |
| Big Path - Pharos Capital - Engagement Letter Amendment.docx | 2/4/2022 20:01 | Completed |
| Assignment Agreement - MKS and Albright^J Draft 1-31-22.docx | 2/5/2022 17:17 | Completed |
| Big Path - LGF - Engagement Letter Amendment.docx | 2/4/2022 23:24 | Completed |
| Big Path - GreenSoil - Engagement Letter Amendment.docx | 2/4/2022 20:00 | Completed |
| Big Path - Grace Place - Engagement Letter Amendment.docx | 2/4/2022 23:25 | Completed |
| Big Path - Radicle Impact - Engagement Letter Amendment.docx | 2/4/2022 19:56 | Completed |
| Big Path - E2JDJ - Engagement Letter Amendment  (1).docx | 2/4/2022 19:47 | Completed |
| Big Path - Breakout Management - Engagement Letter Amendment.docx | 2/4/2022 19:51 | Completed |
| Big Path - Fearless Fund - Engagement Letter Amendment .docx | 2/4/2022 19:46 | Completed |
| Big Path - WindSail Capital - Engagement Letter Amendment.docx | 2/4/2022 19:57 | Completed |
| Big Path - Social Impact - Engagement Letter Amendment.docx | 2/4/2022 19:58 | Completed |
| GCS Morice.docx, Tail Waiver Letter Agreement -... | 1/26/2022 16:12 | Completed |
| Big Path - Climate Innovation - Engagement Letter Amendment .docx | 2/4/2022 19:49 | Completed |
| Big Path - Concord - Engagement Letter Amendment .docx | 2/4/2022 19:48 | Completed |
| Altonaga, Jeb J.pdf, Tail Waiver Letter Agreement... | 1/24/2022 16:21 | Completed |
| Tail Waiver Agreement Holland.docx | 1/24/2022 19:27 | Completed |
| Big Path - VamosVentures - Engagement Letter Amendment .docx | 2/4/2022 19:57 | Completed |
| Big Path - Autism Impact - Engagement Letter Amendment (1).docx | 2/4/2022 19:51 | Completed |
| Big Path - Buoyant Ventures - Engagement Letter Amendment.docx | 2/4/2022 19:50 | Completed |
| Big Path - Builders Fund - Engagement Letter Amendment.docx | 2/4/2022 19:50 | Completed |
| Big Path - American South - Engagement Letter Amendment (1).docx | 2/4/2022 19:55 | Completed |

# United States Bankruptcy Court
## Northern District of California

In re    **GROWTH CAPITAL SERVICES, INC.**        Case No.   **22-30218-HLB**

                   Debtor(s)          Chapter   **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

       a)      For legal services rendered or to be rendered in contemplation of and in connection with this case         $        **15,000.00**

       b)      Prior to the filing of this statement, debtor(s) have paid       $        **15,000.00**

       c)      The unpaid balance due and payable is       $        **0.00**

3.      $ **338.00** of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:

       a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

       b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

       c.      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:   **May 16, 2022**

                                 Respectfully submitted,

                                 **/s/ Robert G. Harris**

                                 Attorney for Debtor: **Robert G. Harris #124678**

                                 **Binder & Malter, LLP**

                                 **2775 Park Avenue**

                                 **Santa Clara, CA 95050**

                                 **(408) 295-1700  Fax: (408) 295-1531**

                                 **rob@bindermalter.com**

# United States Bankruptcy Court
## Northern District of California

In re   <u>**GROWTH CAPITAL SERVICES, INC.**</u>

Debtor(s)

Case No.   <u>**22-30218-HLB**</u>

Chapter   <u>**7**</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>**GROWTH CAPITAL SERVICES, INC.**</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brian Dunn**

---

☐ None [*Check if applicable*]

<table>
<tr>
<td><u>May 16, 2022</u><br>Date</td>
<td><u>/s/ Robert G. Harris</u><br><b>Robert G. Harris #124678</b><br>Signature of Attorney or Litigant<br>Counsel for   <u><b>GROWTH CAPITAL SERVICES, INC.</b></u><br><b>Binder & Malter, LLP</b><br><b>2775 Park Avenue</b><br><b>Santa Clara, CA 95050</b><br><b>(408) 295-1700 Fax:(408) 295-1531</b><br><b>rob@bindermalter.com</b></td>
</tr>
</table>