Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone:    (415) 616-0466
Facsimile:    (415) 398-2820
Email:        sfinestone@fhlawllp.com
Email:        jhayes@fhlawllp.com
Email:        rwitthans@fhlawllp.com

Attorneys for Janina M. Hoskins,
Chapter 7 Trustee



Entered on Docket
February 03, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 3, 2023

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>GROWTH CAPITAL SERVICES, INC.,<br><br>Debtor. | Case No. 22-30218-HLB<br><br>Chapter 7<br><br>**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL (SULLIVAN BLACKBURN PRATT LLP)** |

On January 25, 2023, Janina M. Hoskins, trustee in bankruptcy of the estate of the above-captioned Debtor, filed and served an application for an order authorizing her to employ the law firm of Sullivan Blackburn Pratt LLP as her special counsel (ECF 25-26). Having considered the application, the declaration of proposed special counsel, and it appearing that employment of special counsel is in the best interest of the estate, that special counsel represents no interest adverse to the estate, and that notice and a hearing are not necessary in connection with the proposed employment of special counsel, the Court hereby orders as follows:

1. Janina M. Hoskins, Trustee in Bankruptcy, is authorized to employ the law firm of Sullivan Blackburn Pratt LLP as her special counsel pursuant to 11 U.S.C. §§ 327 and 328(a) and Federal Rule of Bankruptcy Procedure 2014 to assist her in the matters set forth in the Application and accompanying Declaration (ECF 25). Employment shall be effective as of the date of entry of this order.

ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL                           1/3

2. Any compensation to be paid to Sullivan Blackburn Pratt LLP shall be on a contingency basis pursuant to 11 U.S.C. §§ 328(a) and 330 and is subject to Court approval on application in conformity with the Court's Guidelines, and on appropriate notice to creditors, the United States Trustee, and other interested parties.

**\*\*\*\* END OF ORDER \*\*\*\***

**COURT SERVICE LIST**

*ECF Notice Participants Only*