**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: GROWTH CAPITAL SERVICES, INC. | §<br>§<br>§<br>§ | Case No. 22-30218 |
| Debtor(s) | | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/03/2022. The undersigned trustee was appointed on 05/03/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      408,762.64

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 146,418.10 |
| Bank service fees | 2,294.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 260,049.95 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/21/2022 and the deadline for filing governmental claims was 10/30/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $23,688.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $23,688.13, for a total compensation of $23,688.13[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/16/2024

By: /s/ Janina M. Hoskins
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 22-30218
**Case Name:** GROWTH CAPITAL SERVICES, INC.

**For Period Ending:** 07/16/2024

**Trustee Name:** (007880) Janina M. Hoskins
**Date Filed (f) or Converted (c):** 05/03/2022 (f)
**§ 341(a) Meeting Date:** 06/08/2022
**Claims Bar Date:** 09/21/2022

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account Account at Amalgated Bank, xxxxxx3432 | 37,070.00 | 37,070.00 | | 34,342.94 | FA |
| 2 | checking account Account at Amalgated Bank, xxxxxx6815 | 4,454.70 | 4,454.70 | | 4,419.70 | FA |
| 3* | Computers $. Valuation Method: N/A (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 4* | Office equipment. Valuation Method: N/A (See Footnote) | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5* | https://growthcapitalservices.com. Valuation Method: N/A (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 6 | Software in development that handles record keeping of registered reps. | Unknown | 0.00 | | 0.00 | FA |
| 7* | Avoidance litgation (u) (See Footnote) | 0.00 | 1,000,000.00 | | 370,000.00 | FA |
| **7** | **Assets Totals (Excluding unknown values)** | **$43,024.70** | **$1,043,024.70** | | **$408,762.64** | **$0.00** |

RE PROP# 3    used computers- no value

RE PROP# 4    used- no value, costs to liquidate

RE PROP# 5    no market

RE PROP# 7    Special counsel engaged to evaluate potential avoidance litigation claims- AP filed against Welchel, et al. (AP No. 22-3019 Settlement approved- Dckt. 41

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 22-30218

**Case Name:** GROWTH CAPITAL SERVICES, INC.

**For Period Ending:** 07/16/2024

**Trustee Name:** (007880) Janina M. Hoskins

**Date Filed (f) or Converted (c):** 05/03/2022 (f)

**§ 341(a) Meeting Date:** 06/08/2022

**Claims Bar Date:** 09/21/2022

**Major Activities Affecting Case Closing:**

5/24/22- jmh case review, amendments, search UCC CA database, call to Barnier re case, prepare email re account turnover, email to Crom re case assignment, USPS mail redirection completed

7/26/22- review JH case memo, telephone conference with Hayes and Crom re courses of action and asset recovery

8/30/22-review report re Dunn and task fu after claims bar date

9/22/22-Tc with Hayes and Crom re case courses of action and claims filed after general bar date.

12/30/22- year end case review

1/25/23- review and sign special counsel employment application

2/3/23- special counsel employment approved

3/28/23- fu with J.Hayes re special counsel status and timing re drafts of complaints, update Form 1, confirm CA FTB annual payment cleared

5/4/23- zoom meeting re litigation and status , AP filing and secondary complaints

7/13/23- review motion to dismiss AP

9/15/23- prepare email re status report on Finalis/Welchel Ap and potential additional cases

11/27/23- approve agreement to mediate AP

12/29/23- year end review

1/5/24- review and approve Mediation brief, review opposing brief

1/29/24- review draft of mediation settlement agreement

2/29/24- approve 9019 Motion re settlement re AP, sign Declaration re same

3/25/24- Settlement re AP approved- adjust EFTR Date

4/24/24- jmh review wire transfer confirmation, prepare email to counsel re same

5/3/24- final estate taxes- see file

5/24/24- finalize wage claims and taxes

6/12/24- apply for EFTPS, approve BCC fee application- update BCC claims

4/1/23- special counsel retained to pursue litigation matters re avoidance/transfer still under investigation

4/1/24- AP settlement approved, final fees and taxes then close, adjust EFTR date to 9/30.24

**Initial Projected Date Of Final Report (TFR):** 03/31/2025     **Current Projected Date Of Final Report (TFR):** 07/16/2024 (Actual)

| 07/16/2024 | /s/Janina M. Hoskins |
|---|---|
| Date | Janina M. Hoskins |

# Form 2
# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 22-30218 | |
| Case Name: | GROWTH CAPITAL SERVICES, INC. | |
| Taxpayer ID #: | **-***0206 | |
| For Period Ending: | 07/16/2024 | |

| | |
|---|---|
| Trustee Name: | Janina M. Hoskins (007880) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******7576 Checking |
| Blanket Bond (per case limit): | $57,885,129.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/03/22 | {1} | Amalgamated checking 3432 | WIRE FROM GROWTH CAPITAL SERVICES | 1129-000 | 31,430.77 | | 31,430.77 |
| 06/03/22 | {2} | Amalgated Bank 6618 | WIRE FROM GROWTH CAPITAL SERVICES | 1129-000 | 4,419.70 | | 35,850.47 |
| 06/16/22 | {1} | GROWTH CAPITAL SERVICES, INC. | WIRE FROM GROWTH CAPITAL SERVICES | 1129-000 | 2,912.17 | | 38,762.64 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 53.88 | 38,708.76 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 59.97 | 38,648.79 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 68.13 | 38,580.66 |
| 09/27/22 | 101 | SCOJA | Payment in full re post petition server maintenance: Inv. 3710, 3711, 3721, and 3733 | 2420-000 | | 2,000.00 | 36,580.66 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 61.83 | 36,518.83 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 57.00 | 36,461.83 |
| 11/29/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX0675 | Transition Debit to TriState Capital Bank acct XXXXXX0675 | 9999-000 | | 36,461.83 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 38,762.64 | 38,762.64 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 36,461.83 | |
| Subtotal | 38,762.64 | 2,300.81 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $38,762.64 | $2,300.81 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 22-30218 | |
| **Case Name:** | GROWTH CAPITAL SERVICES, INC. | |
| **Taxpayer ID #:** | **-***0206 | |
| **For Period Ending:** | 07/16/2024 | |

| | |
|---|---|
| **Trustee Name:** | Janina M. Hoskins (007880) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******0675 Checking Account |
| **Blanket Bond (per case limit):** | $57,885,129.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX7576 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX7576 | 9999-000 | 36,461.83 | | 36,461.83 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.33 | 36,399.50 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 58.33 | 36,341.17 |
| 01/13/23 | 1000 | International Sureties | 2023 Blanket Bond : NDCA - Region 17  16048574 | 2300-000 | | 15.78 | 36,325.39 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.12 | 36,263.27 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.24 | 36,209.03 |
| 03/10/23 | 1001 | Franchise Tax Board | 2023 Form 100-ES  EIN 94-3378774 | 2820-000 | | 800.00 | 35,409.03 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 59.36 | 35,349.67 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 52.87 | 35,296.80 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.22 | 35,234.58 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 56.46 | 35,178.12 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.49 | 35,123.63 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 61.92 | 35,061.71 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.31 | 35,007.40 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 59.84 | 34,947.56 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 56.01 | 34,891.55 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.05 | 34,837.50 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 61.26 | 34,776.24 |
| 02/13/24 | 1002 | FRANCHISE TAX BOARD | 2024 Form 100-ES  94-3378774 | 2820-000 | | 800.00 | 33,976.24 |
| 02/21/24 | 1003 | International Sureties | 2024 Blanket Bond Region 17-CA (ND) : Bond no. 612419607 | 2300-000 | | 40.33 | 33,935.91 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 53.43 | 33,882.48 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 52.36 | 33,830.12 |
| 04/24/24 | {7} | Welchel and Finalis/Big path Capital | INCOMING WIRE FROM BIG PATH CA PITAL LLC 75046916: Settlement payment in full re AP | 1241-000 | 370,000.00 | | 403,830.12 |
| 04/29/24 | 1004 | Sullivan Blackburn Pratt LLP | Final payment for Special counsel fees:  Dckt. 42 | 3210-600 | | 136,342.80 | 267,487.32 |
| 04/29/24 | 1005 | Sullivan Blackburn Pratt LLP | Final payment re special counsel expenses:  Dckt. 42 | 3220-610 | | 6,419.19 | 261,068.13 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 175.95 | 260,892.18 |

Page Subtotals: $406,461.83   $145,569.65

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| Case No.: | 22-30218 | Trustee Name: | Janina M. Hoskins (007880) |
|---|---|---|---|
| Case Name: | GROWTH CAPITAL SERVICES, INC. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0206 | Account #: | ******0675 Checking Account |
| For Period Ending: | 07/16/2024 | Blanket Bond (per case limit): | $57,885,129.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 453.71 | 260,438.47 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 388.52 | 260,049.95 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 406,461.83 | 146,411.88 | $260,049.95 |
| Less: Bank Transfers/CDs | | 36,461.83 | 0.00 | |
| Subtotal | | 370,000.00 | 146,411.88 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $370,000.00 | $146,411.88 | |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 22-30218 | **Trustee Name:** | Janina M. Hoskins (007880) | |
| **Case Name:** | GROWTH CAPITAL SERVICES, INC. | **Bank Name:** | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***0206 | **Account #:** | *****0675 Checking Account | |
| **For Period Ending:** | 07/16/2024 | **Blanket Bond (per case limit):** | $57,885,129.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| | |
|---|---|
| Net Receipts: | $408,762.64 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $408,762.64 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| *****7576 Checking | $38,762.64 | $2,300.81 | $0.00 |
| *****0675 Checking Account | $370,000.00 | $146,411.88 | $260,049.95 |
| | **$408,762.64** | **$148,712.69** | **$260,049.95** |

| | |
|---|---|
| 07/16/2024 | /s/Janina M. Hoskins |
| Date | Janina M. Hoskins |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Claims Register

### Case: 22-30218 GROWTH CAPITAL SERVICES, INC.

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND | International Sureties<br><br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Admin Ch. 7 | | $ 15.78 | $15.78 | $0.00 |
| BOND | International Sureties<br><br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Admin Ch. 7 | | $ 40.33 | $40.33 | $0.00 |
| FEE | Janina M. Hoskins<br><br>P.O. Box 158<br>Middletown, CA 95461 | Admin Ch. 7 | | $ 23,688.13 | $0.00 | $23,688.13 |
| SULLIVAN | Sullivan Blackburn Pratt LLP<br><br>601 Montgomery Street, Ste. 1200<br>San Francisco, CA 94111 | Admin Ch. 7 | | $ 136,342.80 | $136,342.80 | $0.00 |
| SULLIVAN EXP | Sullivan Blackburn Pratt LLP<br><br>601 Montgomery Street, Ste. 1200<br>San Francisco, CA 94111 | Admin Ch. 7 | | $ 6,419.19 | $6,419.19 | $0.00 |

# Exhibit C

## Claims Register

### Case: 22-30218 GROWTH CAPITAL SERVICES, INC.

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| | BACHEKI, CROM & CO., CPA'S<br>400 Oyster Point Blvd. #106<br>South San Francisco, CA 94080 | Admin Ch. 7 | | $ 47,839.39 | $0.00 | $47,839.39 |
| | BACHEKI, CROM & CO., CPA'S<br>400 Oyster Point Blvd. #106<br>South San Francisco, CA 94080 | Admin Ch. 7 | | $ 160.61 | $0.00 | $160.61 |
| | Finestone Hayes LLP<br>456 Montgomery St, 20th Fl<br>San Francisco, CA 94104 | Admin Ch. 7 | | $ 66,568.00 | $0.00 | $66,568.00 |
| | Finestone Hayes LLP | Admin Ch. 7 | | $ 210.49 | $0.00 | $210.49 |
| | Michael J. Coffino<br>111 Belvedere Drive<br>Mill Valley, CA 94941-2419 | Admin Ch. 7 | | $ 1,290.00 | $0.00 | $1,290.00 |

**Exhibit C**

**Claims Register**

**Case: 22-30218 GROWTH CAPITAL SERVICES, INC.**

**Claims Bar Date:**   9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| | Michael J. Coffino | Admin Ch. 7 | | $ 50.80 | $0.00 | $50.80 |
| | 111 Belvedere Drive Mill Valley, CA 94941-2419 | | | | | |
| | CA ETT- No payment due | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | CA Employment Development Department | Priority Unsecured | | $ 1,560.90 | $0.00 | $1,560.90 |

[Employee SWH Distribution:
    Claim    1        $ 330.00        Dennis Azary
    Claim    7        $ 330.00        Cedric Levye
    Claim    10       $ 900.90        Brian Dunn
[

# Exhibit C

# Claims Register

**Case: 22-30218 GROWTH CAPITAL SERVICES, INC.**

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| | CA Employment Development Department | Priority Unsecured | | $ 260.15 | $0.00 | $260.15 |

[Employee SDI Distribution:
Claim   1     $ 55.00     Dennis Azary
Claim   7     $ 55.00     Cedric Levye
Claim  10    $ 150.15    Brian Dunn
[

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| | Employment Development Department | Priority Unsecured | | $ 1,054.00 | $0.00 | $1,054.00 |
| | Florida Dept. of Revenue | Priority Unsecured | | $ 553.50 | $0.00 | $553.50 |

**Exhibit C**

**Claims Register**

**Case: 22-30218 GROWTH CAPITAL SERVICES, INC.**

**Claims Bar Date:**   9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| | Internal Revenue Service | Priority Unsecured | | $ 2,101.80 | $0.00 | $2,101.80 |

[Employee FICA Distribution:

| | | | | | | |
|---|---|---|---|---|---|---|
| | Claim | 1 | $ 310.00 | Dennis Azary | | |
| | Claim | 2 | $ 325.50 | David Goldsmith | | |
| | Claim | 3 | $ 310.00 | Frank Pasterczyk | | |
| | Claim | 7 | $ 310.00 | Cedric Levye | | |
| | Claim | 10 | $ 846.30 | Brian Dunn | | |

[

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| | Internal Revenue Service | Priority Unsecured | | $ 2,101.80 | $0.00 | $2,101.80 |
| | US Treasury | Priority Unsecured | | $ 408.75 | $0.00 | $408.75 |

**Exhibit C**

**Claims Register**

**Case: 22-30218 GROWTH CAPITAL SERVICES, INC.**

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| | US Treasury | Priority Unsecured | | $ 8,475.00 | $0.00 | $8,475.00 |

[Employee FWH Distribution:

| | | | | | | |
|--|--|--|--|--|--|--|
| | Claim | 1 | $ 1,250.00 | Dennis Azary | | |
| | Claim | 2 | $ 1,312.50 | David Goldsmith | | |
| | Claim | 3 | $ 1,250.00 | Frank Pasterczyk | | |
| | Claim | 7 | $ 1,250.00 | Cedric Levye | | |
| | Claim | 10 | $ 3,412.50 | Brian Dunn | | |

[

| | | | | | | |
|--|--|--|--|--|--|--|
| | United States Treasury (Medicare - Employee) | Priority Unsecured | | $ 491.54 | $0.00 | $491.54 |

[Employee Medicare Distribution:

| | | | | | | |
|--|--|--|--|--|--|--|
| | Claim | 1 | $ 72.50 | Dennis Azary | | |
| | Claim | 2 | $ 76.12 | David Goldsmith | | |
| | Claim | 3 | $ 72.50 | Frank Pasterczyk | | |
| | Claim | 7 | $ 72.50 | Cedric Levye | | |
| | Claim | 10 | $ 197.92 | Brian Dunn | | |

[

# Exhibit C

## Claims Register

### Case: 22-30218 GROWTH CAPITAL SERVICES, INC.

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | United States Treasury (Medicare - Employer) | Priority Unsecured |  | $ 491.54 | $0.00 | $491.54 |
| 1 | Dennis Azary | Priority Unsecured |  | $ 5,000.00 | $0.00 | $5,000.00 |
|  | 33 Wake Robin Ln <br> Shelton, CT 06484 |  |  |  |  |  |
|  | [Gross Wage $5000.00 Less Taxes = Net $2982.50  FICA $310.00 Medicare $72.50 FWH $1250.00 SWH $330.00 SDI $55.00] |  |  |  |  |  |
| 2 | David Goldsmith | Priority Unsecured |  | $ 5,250.00 | $0.00 | $5,250.00 |
|  | 797 Ashbury Street, Unit B <br> San Francisco, CA 94117 |  |  |  |  |  |
|  | [Gross Wage $5250.00 Less Taxes = Net $3535.88  FL Income Tax $0.00 FICA $325.50 Medicare $76.12 FWH $1312.50] |  |  |  |  |  |
| 3 | Frank Pasterczyk | Priority Unsecured |  | $ 5,000.00 | $0.00 | $5,000.00 |
|  | 37 Ponte Vedra Colony Circle <br> Ponte Vedra Beach, FL 32082 |  |  |  |  |  |
|  | [Gross Wage $5000.00 Less Taxes = Net $3367.50  FL Income Tax $0.00 FICA $310.00 Medicare $72.50 FWH $1250.00] |  |  |  |  |  |

# Exhibit C

## Claims Register

**Case: 22-30218 GROWTH CAPITAL SERVICES, INC.**

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | FRANCHISE TAX BOARD<br><br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Priority Unsecured | | $ 821.97 | $0.00 | $821.97 |
| 5 | Dennis Azary<br><br>33 Wake Robin Ln<br>Shelton, CT 06484 | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| 6 | Joshua Peterson<br><br>480 NE 31st St. Unit 5104<br>Miami, FL 33137 | Unsecured | | $ 1,500,000.00 | $0.00 | $1,500,000.00 |
| 7 | Cedric Levye<br><br>19305 Ansel Drive<br>Irvine, CA 92618<br><br>[Gross Wage $5000.00 Less Taxes = Net $2982.50  FICA $310.00<br>Medicare $72.50 FWH $1250.00 SWH $330.00 SDI $55.00] | Priority Unsecured | | $ 5,000.00 | $0.00 | $5,000.00 |
| 8 | SCOJA<br><br>369B 3rd St #664<br>San Rafael, CA 94901 | Unsecured | | $ 2,000.00 | $0.00 | $2,000.00 |

**Exhibit C**

**Claims Register**

**Case: 22-30218 GROWTH CAPITAL SERVICES, INC.**

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Intellivest Securities | Unsecured | | $ 929,015.69 | $0.00 | $929,015.69 |
| | Bernard J. Kornberg, Practus LLC<br>58 West Portal Ave PMB 782<br>San Francisco, CA 94127 | | | | | |
| 10 | Brian Dunn | Priority Unsecured | | $ 13,650.00 | $0.00 | $13,650.00 |
| | 751 Haight Street<br>San Francisco, CA 94117 | | | | | |
| | [Gross Wage $13650.00 Less Taxes = Net $8142.23  FICA $846.30<br>Medicare $197.92 FWH $3412.50 SWH $900.90 SDI $150.15] | | | | | |
| 11 | FRANCHISE TAX BOARD | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | | | | |
| 12 | David Michael Whelchel | Unsecured | | $ 370,000.00 | $0.00 | $370,000.00 |
| | 65 Woodland Road<br>Asheville, NC 28804 | | | | | |
| 13 | Dennis Azary | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

### Case: 22-30218 GROWTH CAPITAL SERVICES, INC.

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 100 | SCOJA | Admin Ch. 7 | | $ 2,000.00 | $2,000.00 | $0.00 |
| 101 | Franchise Tax Board | Admin Ch. 7 | | $ 800.00 | $800.00 | $0.00 |
| 500 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>Sacramento, CA 94257 | Admin Ch. 7 | | $ 800.00 | $800.00 | $0.00 |
| | Cedric Levye<br>19305 Ansel Drive<br>Irvine, CA 92618 | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | David Goldsmith<br>797 Ashbury Street, Unit B<br>San Francisco, CA 94117 | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

**Case: 22-30218 GROWTH CAPITAL SERVICES, INC.**

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Dennis Azary | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 33 Wake Robin Ln<br>Shelton, CT 06484 | | | | | |
| | Frank Pasterczyk | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 37 Ponte Vedra Colony Circle<br>Ponte Vedra Beach, FL 32082 | | | | | |
| | Lainy Jahnke | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 534 E Penrose Ave<br>Post Falls, ID 83854 | | | | | |
| | Magali Wyatt | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 605 Vassar Dr SE<br>Albuquerque, NM 87106 | | | | | |
| | Vladimir Sidorenkjo | Priority Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | Gearhart OU, 12, Pae Street<br>, tonia | | | | | |

# Exhibit C

## Claims Register

**Case: 22-30218 GROWTH CAPITAL SERVICES, INC.**

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| | Alvin L. Fishman, Esq.<br>JRA Law Partners, LLP<br>450 Pacific Avenue Ste. 200<br>San Francisco, CA 94133 | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | Capital One<br>PO Box 60599<br>City of Industry, CA 91716 | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | David Goldsmith, Esq.<br>Attorney at Law<br>797 Ashbury St. #B<br>San Francisco, CA 94117 | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | FINRA<br>P.O. Box 418911<br>Boston, MA 02241 | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | FINRA<br>P.O. Box 418911<br>Boston, MA 02241 | Unsecured | | $ 0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

**Case: 22-30218 GROWTH CAPITAL SERVICES, INC.**

**Claims Bar Date:** 9/21/22 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| | Global Relay | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 220 Cambie St. 2nd Floor, Vancouver, BC CANADA | | | | | |
| | Intellivest Securities | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 1540 Chase Court Riverdale, GA 30296 | | | | | |
| | Joshua Peterson | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 7330 Ocean Terrace Miami Beach, FL 33141 | | | | | |
| | SCOJA | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | 369B 3rd St #664 San Rafael, CA 94901 | | | | | |
| | | | **Case Total:** | | $146,418.10 | $2,993,044.06 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 22-30218
Case Name: GROWTH CAPITAL SERVICES, INC.
Trustee Name: Janina M. Hoskins

**Balance on hand:** $ 260,049.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 260,049.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Janina M. Hoskins | 23,688.13 | 0.00 | 23,688.13 |
| Bond Payments - International Sureties | 15.78 | 15.78 | 0.00 |
| Bond Payments - International Sureties | 40.33 | 40.33 | 0.00 |
| Costs to Secure/Maintain Property - SCOJA | 2,000.00 | 2,000.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 800.00 | 800.00 | 0.00 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 800.00 | 800.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Finestone Hayes LLP | 66,568.00 | 0.00 | 66,568.00 |
| Special Counsel for Trustee Fees - Sullivan Blackburn Pratt LLP | 136,342.80 | 136,342.80 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Finestone Hayes LLP | 210.49 | 0.00 | 210.49 |
| Special Counsel for Trustee Expenses - Sullivan Blackburn Pratt LLP | 6,419.19 | 6,419.19 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - BACHEKI, CROM & CO., CPA'S | 47,839.39 | 0.00 | 47,839.39 |
| Accountant for Trustee Expenses (Other Firm) - BACHEKI, CROM & CO., CPA'S | 160.61 | 0.00 | 160.61 |
| Private Investigator for Trustee Fees - Michael J. Coffino | 1,290.00 | 0.00 | 1,290.00 |
| Private Investigator for Trustee Expenses - Michael J. Coffino | 50.80 | 0.00 | 50.80 |

Total to be paid for chapter 7 administrative expenses: $ 139,807.42
Remaining balance: $ 120,242.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 120,242.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,331.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dennis Azary | 5,000.00 | 0.00 | 5,000.00 |
| 2 | David Goldsmith | 5,250.00 | 0.00 | 5,250.00 |
| 3 | Frank Pasterczyk | 5,000.00 | 0.00 | 5,000.00 |
| 4 | FRANCHISE TAX BOARD | 821.97 | 0.00 | 821.97 |
| 5 | Dennis Azary | 0.00 | 0.00 | 0.00 |
| 7 | Cedric Levye | 5,000.00 | 0.00 | 5,000.00 |
| 10 | Brian Dunn | 13,650.00 | 0.00 | 13,650.00 |
| 11 | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 13 | Dennis Azary | 0.00 | 0.00 | 0.00 |
| | Internal Revenue Service | 2,101.80 | 0.00 | 2,101.80 |
| | US Treasury | 408.75 | 0.00 | 408.75 |
| | United States Treasury (Medicare - Employer) | 491.54 | 0.00 | 491.54 |
| | Employment Development Department | 1,054.00 | 0.00 | 1,054.00 |
| | Florida Dept. of Revenue | 553.50 | 0.00 | 553.50 |
| | CA ETT- No payment due | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 39,331.56
Remaining balance: $ 80,910.97

UST Form 101-7-TFR(5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,801,015.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Joshua Peterson | 1,500,000.00 | 0.00 | 43,329.45 |
| 8 | SCOJA | 2,000.00 | 0.00 | 57.77 |
| 9 | Intellivest Securities | 929,015.69 | 0.00 | 26,835.82 |
| 12 | David Michael Whelchel | 370,000.00 | 0.00 | 10,687.93 |

Total to be paid for timely general unsecured claims: $ 80,910.97
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00